[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 25-11021

Non-Argument Calendar

_____

BANK OF NEW YORK MELLON,
f.k.a. The Bank of New York as Trustee For The
Certificateholders of CWABS, Inc. Asset Backed
Certificates, Series 2004-AB1

Plaintiff-Appellee,

*versus*

WILLIAM L. HARDISON,
a.k.a. William Hardison,

Defendant-Appellant,

2                    Opinion of the Court                    25-11021

HOLLY R. HARDISON,
a.k.a. Hollie Hardison, et al.,

                                                            Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-20832-CMA

_____

Before JILL PRYOR, BRANCH, and KIDD, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The district court's order remanding the action to Florida state court is not reviewable on appeal because the district court based its remand on a lack of federal subject matter jurisdiction. *See* 28 U.S.C. § 1447(c), (d); *New v. Sports & Recreation*, 114 F.3d 1092, 1095-96 (11th Cir. 1997); *Whole Health Chiropractic & Wellness, Inc. v. Humana Med. Plan, Inc.*, 254 F.3d 1317, 1319 (11th Cir. 2001); *Overlook Gardens Props., LLC v. Orix USA, L.P.*, 927 F.3d 1194, 1202 (11th Cir. 2019) (holding that we "must accept the district court's colorable characterization of the basis for its remand"). Further, the notice of removal did not cite 28 U.S.C. §§ 1442 or 1443 as a basis for removal.

25-11021                Opinion of the Court                3

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.